DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ERNESTO HUANACO-PINEDA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>ERNESTO HUANACO-PINEDA<br><br>        Defendant. | NO. CR-S-06-0499 GEB<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE<br><br>Date: March 9, 2007<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

    IT IS HEREBY STIPULATED between the parties, Michael Beckwith, Assistant United States Attorney, attorney for plaintiff, and Matthew C. Bockmon, Assistant Federal Defender, attorney for defendant ERNESTO HUANACO-PINEDA, that the Status Conference presently set for February 16, 2007, be vacated and that a Status Conference hearing date of March 9, 2007 at 9:00 a.m. be set.

    This continuance is being requested so that defense counsel can receive and review the Pre-Plea Presentence Investigation Report with his client.

    IT IS FURTHER STIPULATED that the period from February 16, 2007

through and including March 9, 2007, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Dated: February 14, 2007

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Matthew C. Bockmon
_____
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
ERNESTO HUANACO-PINEDA

Dated: February 14, 2007

MCGREGOR W. SCOTT
United States Attorney

/s/ Matthew C. Bockmon for
_____
MICHAEL BECKWITH
Assistant U.S. Attorney
per telephonic authority

**O R D E R**

IT IS SO ORDERED.

Dated:  February 15, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stip & Order                                        2